# United States District Court
## Southern District of Georgia

CAPITAL ONE BANK

                Third-Party Plaintiff

JUDGMENT IN A CIVIL CASE

            V.                CASE NUMBER: CV606-066

JAMES H. BLACKWELL

                Third-Party Defendant

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order of June 13, 2007, GRANTING Motion for Default Judgment by the Third-Party Plaintiff; JUDGMENT is hereby entered in favor of Capital One Bank against Third-Party Defendant James H. Blackwell in the amount of $13,355.20.

June 13, 2007                              Scott L. Poff
Date                                                 Clerk

                                                       *Mary Ann Hill*
                                                     (By) Deputy Clerk